# UNITED STATES DISTRICT COURT
# DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT BORROWER PROTECTION CENTER (a fiscally sponsored project of Shared Ascent Fund), <br><br>       Plaintiff, <br>vs. <br><br>UNITED STATES DEPARTMENT OF EDUCATION, <br><br>       Defendant. | Civil Action No.  1-23-cv-1780 <br><br>**PROOF OF SERVICE** |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Student Borrower Protection Center, through undersigned counsel, respectfully submits the attached Declarations of Service as proof that service of process has been completed upon the U.S. Attorney for the District of Columbia, the Acting U.S. Attorney General, and Defendant U.S. Department of Education in the above-captioned matter.

Dated: July 25, 2023

Respectfully submitted,

  /s/ Persis S. Yu  
Persis Yu*  
**Student Borrower Protection Center**  
(a fiscally sponsored project of the Shared Ascent Fund)  
1025 Connecticut Ave NW, #717  
Washington, D.C. 20036  
Telephone: (202) 670-3871 Email:  
persis@protectborrowers.org

* Not yet admitted to the Bar of the District of Columbia, but admitted to practice law in Massachusetts and New York. Practice limited to federal court matters.

UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STUDENT BORROWER PROTECTION CENTER (a fiscally sponsored project of Shared Ascent Fund), | ) ) ) ) | Civil Action No. __1-23-cv-1780_____ |
| Plaintiff, | ) | |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) | |
| Defendant. | ) | |

## DECLARATION OF BENJAMIN KAUFMAN

I, BENJAMIN KAUFMAN, hereby declare as follows:

1. I am employed as Director of Research and Investigations at Student Borrower Protection Center.

2. On June 27, 2023, I served the U.S. Attorney for the District of Columbia by hand delivery made to paralegal specialist, Alica Dupree, at the U.S. Attorney's Office located at 601 D Street, NW Washington, DC. 20001. Proof is attached in Exhibit A.

3. On June 27, 2023, I served the U.S. Department of Education by hand delivery made to clerk, Roland Stallings, at the U.S. Department of Education at 400 Maryland Avenue, SW Washington, D.C. 20202. Proof is attached in Exhibit A.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____6/30/2023_____

___/s/_ Benjamin Kaufman

# UNITED STATES DISTRICT COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDIUM BORROWER PROTECTION CENTER (a fiscally sponsored project of Shared Ascent Fund), <br><br> Plaintiff, <br> vs. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 1-23-cv-1780 |

### DECLARATION OF PERSIS YU

I, PERSIS YU, hereby declare as follows:

1. I am employed as Deputy Executive Director and Managing Counsel at Student Borrower Protection Center.

2. On June 27, 2023, I sent copies of the summons and complaint to the Defendant by certified mail to all of the following addresses:

    a. Civil Process Clerk
       United States Attorney's Office
       Matthew M. Graves
       601 D Street, NW
       Washington, DC 20001
    b. United States Department of Education
       Office of General Counsel
       400 Maryland Avenue SW
       Washington, D.C. 20202
    c. Attorney General of the United States
       U.S. Department of Justice
       950 Pennsylvania Avenue, NW
       Washington, DC 20530-0001

3. On July 7, 2023, according to USPS Tracking, copies of the summons and complaint were delivered to the U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530. True and correct copies of the Certified Mail Receipt and the

USPS Tracking Results demonstrating service on the U.S. Attorney General are attached in Exhibit B.

4. On July 6, 2023, according to USPS Tracking, copies of the summons and complaint were delivered to U.S. Attorney for the District of Columbia, 601 D Street, NW Washington, DC 20001. True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on the U.S. Attorney for the District of Columbia are attached in Exhibit B.

5. On July 5, 2023, according to USPS Tracking, copies of the summons and complaint were delivered to on Defendant U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202. True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on the U.S. Department of Education are attached in Exhibit B.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2023                                             __/s/ Persis S. Yu_____