# EXHIBIT A

Case 1:23-cv-01780-SLS-JEB Document 6-1 Filed 07/23/23 Page 2 of 3
Case 1:23-cv-01780-JEB Document 5 Filed 06/22/23 Page 6 of 6

FOIA Summons (1/13) (Page 2)

Civil Action No. 1-23-cv-1780

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Matthew M. Graves
was received by me on *(date)* 6/27/23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alica Dupree, Paralegal Specialist , who is
designated by law to accept service of process on behalf of *(name of organization)* United States
Attorney's office, Matthew M. Graves on *(date)* 6/27/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/27/23

Server's signature: BK.

Printed name and title: Benjamin Kaufman

Server's address: 1615 Q St NW, Washington, DC 20009

Additional information regarding attempted service, etc:

Case 1:23-cv-01780-SLS Document 6-1 Filed 07/25/23 Page 3 of 3
Case 1:23-cv-01780-JEB Document 5 Filed 06/29/23 Page 2 of 6
FOIA Summons (1/13) (Page 2)

Civil Action No. 1:23-cv-01780-JEB

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) U.S. Department of Education, Office of the General Counsel

was received by me on (date) 6/27/23.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Roland Stallings, Clerk, who is designated by law to accept service of process on behalf of (name of organization) U.S. Department of Education on (date) 6/27/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/27/23

_Server's signature_

Benjamin Kaufman
_Printed name and title_

1615 Q St. NW, #U10, Washington, DC 20009
_Server's address_

Additional information regarding attempted service, etc: