# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of Education
Office of General Counsel
400 Maryland Avenue SW
Washington, D.C. 20202

9590 9402 7976 2305 7658 14

2. Article Number *(Transfer from service label)*

7022 2410 0002 1335 5353

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Aubrey Stallings*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Aubrey Stallings
C. Date of Delivery
7-5-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7976 2305 7658 07

2. Article Number *(Transfer from service label)*

7022 2410 0002 1335 5377

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ely Sose*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
JUL 07 2023
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney's Office
Matthew M. Graves
601 D Street, NW
Washington, DC 20001

9590 9402 7976 2305 7658 21

2. Article Number *(Transfer from service label)*

7022 2410 0002 1335 5360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ely Sose*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
JUL 06 2023
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70222410000213355377

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:59 am on July 7, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

　　USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
July 7, 2023, 4:59 am

**Available for Pickup**
WASHINGTON, DC 20530
July 6, 2023, 11:42 am

**Arrived at Post Office**
WASHINGTON, DC 20018
July 6, 2023, 7:01 am

**In Transit to Next Facility**
July 5, 2023

**Departed USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
July 1, 2023, 6:59 pm

**Arrived at USPS Regional Origin Facility**

Feedback



BOSTON MA DISTRIBUTION CENTER
June 27, 2023, 6:15 pm

**USPS in possession of item**

HYDE PARK, MA 02136
June 27, 2023, 12:47 pm

**Hide Tracking History**

---

Text & Email Updates                                        ⌄

---

USPS Tracking Plus®                                         ⌄

---

Product Information                                         ⌄

**See Less ⌃**

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 70222410000213355360

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 5:03 am on July 6, 2023 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
July 6, 2023, 5:03 am

● **Available for Pickup**
WASHINGTON, DC 20530
July 5, 2023, 1:20 pm

● **Arrived at Post Office**
WASHINGTON, DC 20018
July 5, 2023, 12:24 pm

● **In Transit to Next Facility**
July 1, 2023

● **Departed USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
June 27, 2023, 7:47 pm

● **Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
June 27, 2023, 6:17 pm

**USPS in possession of item**
HYDE PARK, MA 02136
June 27, 2023, 12:52 pm

**Hide Tracking History**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                     ⌄

---

**Product Information**                                                     ⌃

| Postal Product: | Features: | See tracking for related item: 9590940279762305765821 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940279762305765821) |

**See Less** ⌃

---

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

## 70222410000213355353

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:14 pm on July 5, 2023 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
July 5, 2023, 12:14 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
July 5, 2023, 9:18 am

**In Transit to Next Facility**
July 1, 2023

**Departed USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
June 27, 2023, 7:47 pm

**Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
June 27, 2023, 6:17 pm

**USPS in possession of item**

HYDE PARK, MA 02136
June 27, 2023, 12:43 pm

**Hide Tracking History**

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**