AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Student Borrower Protection Center ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-1780 (JEB) |
| United States Department of Education ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Student Borrower Protection Center                                                                      .

Date:   10/06/2023

/s/ R. T. Winston Berkman-Breen
*Attorney's signature*

R. T. Winston Berkman-Breen (DDC Bar ID NY0549)
*Printed name and bar number*
40 Rector Street, 9th Floor
New York, NY 10006

*Address*

winston@protectborrowers.org
*E-mail address*

(617) 959-4386
*Telephone number*

*FAX number*