UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT BORROWER PROTECTION CENTER,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>       Defendant. | Civil Action No. 23-1780 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order, dated October 11, 2023, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

Defendant contends that Plaintiff's FOIA request does not "reasonably describe[]" the records sought as required under 5 U.S.C. § 552(a)(3)(A). On August 2, 2023, the parties conferred and agreed to narrow FOIA Request 22-01093-F as follows:

1. The number of applications and requests for write offs due to incarceration that have been accepted;

2. The number of applications and requests for write offs due to incarceration that have been rejected;

3. The reasons for the rejections;

4. Any documentation of guidance or instructions that the U.S. Department of Education ("the Department") and/or the Office of Federal Student Aid has provided to contractors regarding the write off or other management of incarcerated borrowers' federal student loans;

5. Any documentation or data related to the number of currently incarcerated or likely incarcerated people who owe on student loan debt and the amount they owe;

6. Any documentation regarding the number of instances in which borrowers who were to be incarcerated for ten or more years overall had applications for write off due to their incarceration rejected because their application was submitted after such time as that fewer than ten years of incarceration remained;

7. Any documentation or data related to the type of schools the incarcerated people attended, either for-profit, non-profit, and/or public, and broken down by the length or expected length of incarceration;

8. Any documentation regarding the cost to collect on and/or service federal student loan debt owed by incarcerated borrowers; and

9. Any complaints that borrowers have submitted to the Department or analysis of complaints that borrowers have submitted to the Department regarding write off for incarcerated borrowers.

The time frame for the request remains for the past ten years.

Defendant contends that it has completed production with respect to the first through fourth parts of Plaintiff's revised request. Defendant has informed Plaintiff that there are no records response to the fifth through eight parts. Defendant is still completing a search with respect to the ninth part of Plaintiff's revised request. Plaintiff is reviewing Defendant's production with respect to the first through fourth parts of its revised request and will continue to review that production in the context of any additional records that are produced in response to the ninth part of Plaintiff's revised request.

The parties will continue to exchange communications and try to resolve Plaintiff's request without burdening the Court. The parties propose they file a further joint status report on February 14, 2024.

Dated:  December 13, 2023

| | |
|---|---|
| */s/ Persis Yu* <br> Persis S. Yu, D.C. Bar #90014714 <br> Student Borrower Protection Center <br> (a fiscally sponsored project of the Shared Ascent Fund) <br> 1025 Connecticut Ave NW, #717 <br> Washington, DC 20036 <br> (202) 670-3871 <br> persis@protectborrowers.org <br><br> R. T. Winston Berkman-Breen <br> Student Borrower Protection Center <br> (a fiscally sponsored project of the Shared Ascent Fund) <br> 40 Rector Street, 9th Floor <br> New York, NY 10006 <br> (617) 959-4386 <br> Winston@protectborrowers.Org <br><br> *Counsel for Plaintiff* | Respectfully submitted, <br><br> MATTHEW M. GRAVES, D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By:  */s/ Brian J. Levy* <br> BRIAN J. LEVY <br> Assistant United States Attorney <br> 601 D Street NW <br> Washington, DC 20530 <br> (202) 252-6734 <br> Brian.levy2@usdoj.gov <br><br> *Attorney for the United States of America* |