UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STUDENT BORROWER PROTECTION
CENTER,

        Plaintiff,

  v.

U.S. DEPARTMENT OF EDUCATION,

        Defendant.

Civil Action No. 23-1780 (JEB)

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is, this ___ day of

_____, 2023,

ORDERED that the parties shall submit a joint status report by February 14, 2024.

_____
UNITED STATES DISTRICT JUDGE