UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT BORROWER PROTECTION CENTER,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>       Defendant. | Civil Action No. 23-1780 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated December 13, 2023, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

After Defendant's last production, Plaintiff sent a series of follow-up questions and/or identified documents that it contends are missing but within the scope of the current FOIA request. The parties met and conferred to discuss those requests. Defendant is determining to what extent it believes that those requests should be addressed through this litigation rather than through new FOIA requests.

The parties will continue to exchange communications and try to resolve Plaintiff's requests without burdening the Court.

\*   \*   \*

The parties propose they file a further joint status report on April 12, 2024.

Dated:  February 14, 2024

| | |
|---|---|
| */s/ Persis Yu* | Respectfully submitted, |
| Persis S. Yu, D.C. Bar #90014714 | |
| Student Borrower Protection Center | MATTHEW M. GRAVES, D.C. Bar #481052 |
| (a fiscally sponsored project of the Shared Ascent Fund) | United States Attorney |
| 1025 Connecticut Ave NW, #717 | BRIAN P. HUDAK |
| Washington, DC 20036 | Chief, Civil Division |
| (202) 670-3871 | |
| persis@protectborrowers.org | By:  */s/ Brian J. Levy* |
| | BRIAN J. LEVY |
| R. T. Winston Berkman-Breen | Assistant United States Attorney |
| Student Borrower Protection Center | 601 D Street NW |
| (a fiscally sponsored project of the Shared Ascent Fund) | Washington, DC 20530 |
| 40 Rector Street, 9th Floor | (202) 252-6734 |
| New York, NY 10006 | Brian.levy2@usdoj.gov |
| (617) 959-4386 | |
| Winston@protectborrowers.Org | *Attorney for the United States of America* |
| | |
| *Counsel for Plaintiff* | |