UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STUDENT BORROWER PROTECTION
CENTER,

        Plaintiff,

   v.

U.S. DEPARTMENT OF EDUCATION,

        Defendant.

Civil Action No. 23-1780 (JEB)

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is, this ___ day of

_____, 2024,

ORDERED that the parties shall submit a joint status report by April 12, 2024.

_____

UNITED STATES DISTRICT JUDGE